THE HONORABLE RICARDO S. MARTINEZ

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| ABIN'BOLA NELLAMS,<br><br>Plaintiff,<br><br>v.<br><br>PACIFIC MARITIME ASSOCIATION, a California Non-Profit Corporation; SSA MARINE, INC., a Washington Corporation; TOTAL TERMINALS INTERNATIONAL; LLC, a Delaware Limited Liability Company; INTERNATIONAL LONGSHOREMEN'S & WARE-HOUSEMEN'S UNION, LOCAL 19, a Washington Non-Profit Corporation; FARON FLETCHER, individually and in his official capacity as terminal supervisor for SSA Marine, Inc.,<br><br>Defendants. | CASE NO. 2:17-CV-00911-RSM<br><br>ORDER GRANTING STIPULATED MOTION FOR CONTINUANCE OF INITIAL DEADLINES |

**ORDER**

The parties' Stipulated Motion for Continuance of Initial Deadlines in this matter came on regularly for hearing before this Court on July 18th 2017.

ORDER GRANTING STIPULATED MOTION FOR CONTINUANCE OF INITIAL DEADLINES

1

Henderson Law Group, PLLC
P.O. Box 11069
1800 Cooper Point Road S.W., Bldg. 1
Olympia, Washington 98508
Phone (360) 943-7710   Fax (360) 943-2782

1   Having considered the parties' motion, all contents agreed to therein, and pursuant to
2   FRCP 6(b)(1) and FRCP 26(a)(1)(C), the Court finds that good cause exists to grant the proposed
3   continuance, extending the initial deadlines in this matter to September 18, 2017.
4   IT IS HEREBY ORDERED that Stipulated Motion for Continuance of Initial Deadlines
5   is GRANTED.

6   Dated this 24 day of July, 2017.

7

8   [signature]

9   RICARDO S. MARTINEZ
    CHIEF UNITED STATES DISTRICT JUDGE
10

11
    Presented by:
12

13  By: s/ Stephanie H. Stocker                s/ Clemens H. Barnes
    Stephanie H. Stocker, WSBA #33567          Clemens H. Barnes, WSBA # 4905
14  HENDERSON LAW GROUP                        Megan L. Starich, WSBA # 47520
    Counsel for Plaintiff                     Miller Nash Graham & Dunn LLP
15  P.O. Box 11069                             Counsel for Pacific Maritime
    Olympia, WA 98508                          Pier 70, 2801 Alaskan Way Ste. 300
16  Telephone (360) 943-7710                   Tel.  (206) 777-7432
    Facsimile (360) 943-2782                   Fax: (206) 340-9599
17  stephanie@hendersonlaw.net                 clem.barnes@millernash.com
                                               megan.starich@millernash.com
18
    s/ Matthew C. Crane                         s/ James M. Shaker
19  Matthew C. Crane, WSBA # 18003             James M. Shaker, WSBA #13355
    Counsel for Defendant Total Terminals      Richard P. Lentini, WSBA #18086
20  International, LCC                         Counsel for Defendant SSA Marine
    Bauer Moynihan & Johnson LLP               Ryan Swanson & Cleveland, PLLC
21  2101 Fourth Avenue, Suite 2400             1201 Third Ave. Ste. 3400
    Seattle, WA 98121                          Seattle, WA 98101-3034
22  Telephone: (206) 443—3400                  shaker@ryanlaw.com
    Fax (206) 448-9076                         lentini@ryanlaw.com
23  mccrane@bmjlaw.com

24

25

26

ORDER
GRANTING STIPULATED
MOTION FOR CONTINUANCE
OF INITIAL DEADLINES

2

Henderson Law Group, PLLC
P.O. Box 11069
1800 Cooper Point Road S.W., Bldg. 1
Olympia, Washington 98508
Phone (360) 943-7710   Fax (360) 943-2782