UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

ABIN'BOLA NELLAMS,

                    Plaintiff,

    v.

PACIFIC MARITIME ASSOCIATION, a
California non-profit corporation, *et al.*,

                  Defendants.

CASE NO. C17-911 RSM

ORDER STRIKING ANSWER AND
GRANTING LEAVE TO FILE

      This matter comes before the Court on Defendant Faron Fletcher's Motion for Leave to File Answer. Dkt. #45. On September 8, 2017, the Court issued a Minute Order noting the history of Defendant Fletcher's filings in this case, directing that "Mr. Fletcher is not permitted to submit filings in this matter without first seeking leave of the Court," and stating that "[u]ntil the Court rules on the Motion for Leave, Mr. Fletcher is not permitted to file." Dkt. #44. On September 15, 2017, Mr. Fletcher filed the instant Motion for Leave. Prior to the Court's ruling, Mr. Fletcher went ahead and filed his purported Answer. Dkt. #49.

      Local Rule 10 states:

> *Dates and Signature Lines.* All pleadings, motions and other filings shall be dated and signed as provided by Federal Rule of Civil Procedure 11, LCR 11, and the court's Electronic Filing Procedures.

ORDER STRIKING ANSWER AND GRANTING
LEAVE TO FILE - 1

> The court might not consider improperly signed or unsigned documents.

LCR 10(e)(4).

Mr. Fletcher's Answer, Dkt #49, is unsigned and undated. This violates Local Rules 10 and 11, as well as Federal Rule of Civil Procedure 11. Additionally, it was filed without leave of the Court. For both of these reasons, it will be stricken.

On the other hand, Mr. Fletcher's earlier filed Motion for Leave adequately adheres to the Court's Minute Order above and sets forth a valid basis for Mr. Fletcher to file his answer. *See* Dkt. #45. The Court notes with concern that Mr. Fletcher continues to include irrelevant personal health information in his Motion, and that Mr. Fletcher attaches irrelevant healthcare forms. *See* Dkts. #45, #45-1, and #45-2. Nevertheless, the Court will grant Mr. Fletcher leave to file a new answer. The Court reminds Mr. Fletcher that his answer must respond to the most recent amended complaint, be signed and dated and otherwise in accordance with the Court's Local Rules.

Having reviewed the relevant briefing, the declarations and exhibits attached thereto, and the remainder of the record, the Court hereby finds and ORDERS that:

(1) Defendant Fletcher's Answer (Dkt. #49) is STRICKEN.

(2) Defendant Fletcher's Motion for Leave to file Answer (Dkt. #45) is GRANTED. Mr. Fletcher is granted leave to file an answer responding to the most recent amended complaint in this case.

DATED this 27th day of September 2017.

RICARDO S. MARTINEZ
CHIEF UNITED STATES DISTRICT JUDGE