THE HONORABLE RICARDO S. MARTINEZ

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| ABIN'BOLA NELLAMS,<br><br>      Plaintiff,<br><br>v.<br><br>PACIFIC MARITIME ASSOCIATION, a California Non-Profit Corporation; SSA MARINE, INC., a Washington Corporation; TOTAL TERMINALS INTERNATIONAL; LLC, a Delaware Limited Liability Company; INTERNATIONAL LONGSHOREMEN'S & WAREHOUSEMEN'S UNION, LOCAL 19, a Washington Non-Profit Corporation; FARON FLETCHER, individually and in his official capacity as terminal supervisor for SSA Marine, Inc.,<br><br>      Defendants. | CASE NO. 2:17-CV-00911-RSM<br><br>STIPULATED MOTION AND ORDER FOR DISMISSAL OF TOTAL TERMINALS INTERNATIONAL, LLC AS A PARTY TO THE ACTION |

  COME NOW the Plaintiff Abin'Bola Nellams and the Defendant Total Terminals International, LLC, by and through their respective counsel, who hereby move for a voluntary dismissal with prejudice of all claims and causes of action alleged

STIPULATION MOTION AND ORDER FOR DISMISSAL OF TOTAL TERMINALS INTERNATIONAL, LLC AS A PARTY TO THE ACTION - Page 1

**ROBERTS JOHNS & HEMPHILL, PLLC**
7525 PIONEER WAY, SUITE 202
GIG HARBOR, WASHINGTON 98335
TELEPHONE (253) 858-8606
FAX (253) 858-8646

by Plaintiff and that could have been alleged by Plaintiff against Defendant Total Terminals International, LLC in the above-entitled action, with each party bearing its own fees and costs.

DATED this 4th day of June, 2018.   DATED this 4th day of June, 2018.

For Plaintiff                         For Defendant

/s/Michael W. Johns                   /s/Joseph N Akrotirianakis
Michael W. Johns                      Joseph N Akrotirianakis
Roberts Johns & Hemphill, PLLC        King & Spalding, LLP
7525 Pioneer Way, Suite 202           663 West Fifth St., Ste. 1700
Gig Harbor, WA 98335                  Los Angeles, CA 90071
Tel.: 253-858-8606                    Tel.: 213-443-4313
Fax: 253-858-8646                     Fax: 213-443-4310
mike@rjh-legal.com                    Attorney for Total Terminals
                                      International
/s/Stephanie Stocker                  jakro@kslaw.com
Stephanie Stocker
Henderson Law Group, PLLC             /s/Cheryl A Sabnis
P.O. Box 11069                        Cheryl A Sabnis
1800 Cooper Pt. Rd. SW, Bldg 1        King & Spalding, LLP
Olympia, WA 98508                     101 Second St., Ste. 2300
Tel.: 360.943.7710                    San Francisco, CA 94105
Fax: 360.943.2782                     Tel.: 415-318-1250
stephanie@hendersonlaw.net            Attorney for Total Terminals
                                      International
                                      csabnis@kslaw.com

                                      /s/Matthew C. Crane
                                      Matthew C. Crane
                                      Bauer Moynihan & Johnson
                                      2101 4th Ave., Ste. 2400
                                      Seattle, WA 98121-2320
                                      Tel.: 206-905-3223
                                      Attorney for Total Terminals
                                      International
                                      mccrane@bmjlaw.com

STIPULATION MOTION AND ORDER FOR DISMISSAL OF TOTAL TERMINALS INTERNATIONAL, LLC AS A PARTY TO THE ACTION - Page 2

## ORDER

It is so ordered.

DATED this 5 day of June 2018.

*Ricardo S. Martinez (signature)*
RICARDO S. MARTINEZ
CHIEF UNITED STATES DISTRICT JUDGE

STIPULATION MOTION AND ORDER FOR DISMISSAL OF TOTAL TERMINALS INTERNATIONAL, LLC AS A PARTY TO THE ACTION - Page 3

**ROBERTS JOHNS & HEMPHILL, PLLC**
7525 PIONEER WAY, SUITE 202
GIG HARBOR, WASHINGTON 98335
TELEPHONE (253) 858-8606
FAX (253) 858-8646