UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| ABIN'BOLA NELLAMS,<br><br>Plaintiff,<br><br>vs.<br><br>PACIFIC MARITIME ASSOCIATION, a California non-profit corporation; SSA MARINE, INC., a Washington corporation; TOTAL TERMINALS INTERNATIONAL, LLC, a Delaware limited liability company; INTERNATIONAL LONGSHOREMEN'S & WARE-HOUSEMEN'S UNION, LOCAL 19, a Washington non-profit corporation; FARON FLETCHER, individually and in his official capacity as terminal supervisor for SSA Marine, Inc.,<br><br>Defendants. | No. C17-00911 RSM<br><br>STIPULATED MOTION FOR 30-DAY CONTINUANCE OF DEADLINE FOR DISCLOSURE OF EXPERT TESTIMONY AND ORDER |

## **STIPULATED MOTION**

It is stipulated by the parties that the deadline for disclosure of expert testimony under Fed. R. Civ. P. 26(a)(2) should be extended for 30 days, from June 13, 2018 to a new disclosure deadline of <u>July 13, 2018</u>. The trial date and discovery cutoff will not be affected by granting this motion, which is brought to allow sufficient time for the parties to obtain more fully considered expert testimony in the case.

STIPULATED MOTION FOR 30-DAY CONTINUANCE OF
DEADLINE FOR DISCLOSURE OF EXPERT
TESTIMONY AND ORDER - 1
4835-5919-7545.1

MILLER NASH GRAHAM & DUNN LLP
ATTORNEYS AT LAW
T: 206.624.8300 | F: 206.340.9599
PIER 70
2801 ALASKAN WAY, SUITE 300
SEATTLE, WASHINGTON 98121

DATED this 13th day of June, 2018.

| | |
|---|---|
| By: s/Stephanie Stocker<br>Stephanie Stocker, WSBA No. 33567<br>HENDERSON LAW GORUP, PLLC<br>PO Box 11069<br>Olympia, WA 98508<br>Tel: (360) 943-7710<br>Email: Stephanie@hendersonlaw.net<br><br>By: s/Michael W. Johns<br>Michael W. Johns, WSBA No. 22054<br>ROBERTS JOHNS & HEMPHILL, PLLC<br>7525 Pioneer Way Ste 202<br>Gig Harbor, WA 98335<br>Tel: (253) 858-8606<br>Email: mike@rjh-legal.com<br><br>*Attorneys for Plaintiff* | By: s/Clemens H. Barnes<br>Clemens H. Barnes, WSBA No. 4905<br>Kellen Andrew Hade, WSBA No. 44535<br>Alyson L. Palmer, WSBA No. 46916<br>MILLER NASH GRAHAM & DUNN LLP<br>Pier 70, 2801 Alaskan Way Ste 300<br>Seattle, WA 98121-1128<br>Tel: (206) 624-8300<br>Fax: (206) 340-9599<br>Email: clem.barnes@millernash.com<br>Email: kellen.hade@millernash.com<br>Email: alyson.palmer@millernash.com<br><br>*Attorneys for Defendants Pacific Maritime Association and SSA Marine, Inc.*<br><br>By: s/Faron Fletcher<br>Faron Fletcher<br>7652 S. 135th St<br>Seattle, WA 98178<br>Tel: (360) 313-6484<br>Email: ravenwood666@gmail.com<br><br>*Pro Se Defendant* |

## **ORDER**

The parties having stipulated to changing the deadline for disclosure of expert testimony from June 13 to July 13, 2018, and good cause appearing to grant the request, IT IS HEREBY ORDERED that the date for disclosure of expert testimony under FRCP 26(a)(2) is changed to July 13, 2018.

DATED this 14th day of June 2018.

RICARDO S. MARTINEZ
CHIEF UNITED STATES DISTRICT JUDGE

STIPULATED MOTION FOR 30-DAY CONTINUANCE OF DEADLINE FOR DISCLOSURE OF EXPERT TESTIMONY AND ORDER - 2
4835-5919-7545.1

MILLER NASH GRAHAM & DUNN LLP
ATTORNEYS AT LAW
T: 206.624.8300 | F: 206.340.9599
PIER 70
2801 ALASKAN WAY, SUITE 300
SEATTLE, WASHINGTON 98121