UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| ABIN'BOLA NELLAMS,<br><br>Plaintiff,<br><br>vs.<br><br>PACIFIC MARITIME ASSOCIATION, a California non-profit corporation; SSA MARINE, INC., a Washington corporation; TOTAL TERMINALS INTERNATIONAL, LLC, a Delaware limited liability company; INTERNATIONAL LONGSHOREMEN'S & WARE-HOUSEMEN'S UNION, LOCAL 19, a Washington non-profit corporation; FARON FLETCHER, individually and in his official capacity as terminal supervisor for SSA Marine, Inc.,<br><br>Defendants. | No. 2:17-cv-00911-RSM<br><br>STIPULATED MOTION FOR 14-DAY CONTINUANCE OF DEADLINE FOR FILING MOTIONS RELATED TO DISCOVERY AND ORDER |

## **STIPULATED MOTION**

It is stipulated by the parties that the deadline for filing motions related to discovery should be extended for 14 days, from July 13, 2018 to a new deadline of July 27, 2018. The trial date and discovery cutoff will not be affected by granting this motion, which is brought to allow sufficient time for the defendants to complete production of the extensive documentation in their possession and the plaintiff to review that production before the deadline for filing discovery motions.

ORDER - 1

No. 2:17-cv-00911-RSM
4835-5919-7545.1

**ROBERTS JOHNS & HEMPHILL, PLLC**
7525 PIONEER WAY, SUITE 202
GIG HARBOR, WASHINGTON 98335
TELEPHONE (253) 858-8606
FAX (253) 858-8646

DATED this 12th day of July, 2018.

By: s/Stephanie Stocker
Stephanie Stocker, WSBA No. 33567
HENDERSON LAW GORUP, PLLC
PO Box 11069
Olympia, WA 98508
Tel: (360) 943-7710
Email: Stephanie@hendersonlaw.net

By: s/Michael W. Johns
Michael W. Johns, WSBA No. 22054
ROBERTS JOHNS & HEMPHILL, PLLC
7525 Pioneer Way Ste 202
Gig Harbor, WA 98335
Tel: (253) 858-8606
Email: mike@rjh-legal.com

*Attorneys for Plaintiff*

By: s/Clemens H. Barnes
Clemens H. Barnes, WSBA No. 4905
Kellen Andrew Hade, WSBA No. 44535
Alyson L. Palmer, WSBA No. 46916
MILLER NASH GRAHAM & DUNN LLP
Pier 70, 2801 Alaskan Way Ste 300
Seattle, WA 98121-1128
Tel: (206) 624-8300
Fax: (206) 340-9599
Email: clem.barnes@millernash.com
Email: kellen.hade@millernash.com
Email: alyson.palmer@millernash.com

*Attorneys for Defendants Pacific Maritime Association and SSA Marine, Inc.*

## ORDER

The parties having stipulated to change the deadline for filing motions related to discovery should be extended for 14 days, from July 13, 2018 to a new deadline of July 27, 2018, and good cause appearing to grant the request, IT IS HEREBY ORDERED that the date for filing motions related to discovery is changed to July 27, 2018.

DATED: July 16, 2018

RICARDO S. MARTINEZ
CHIEF UNITED STATES DISTRICT JUDGE

ORDER - 2

No. 2:17-cv-00911-RSM
4835-5919-7545.1

**ROBERTS JOHNS & HEMPHILL, PLLC**
7525 PIONEER WAY, SUITE 202
GIG HARBOR, WASHINGTON 98335
TELEPHONE (253) 858-8606
FAX (253) 858-8646