UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

ABIN'BOLA NELLAMS,

        Plaintiff,

   v.

PACIFIC MARITIME ASSOCIATION, *et al.*,

        Defendants.

CASE NO. C17-911RSM

ORDER DENYING STIPULATED MOTION FOR LEAVE TO FILE OVERLENGTH MOTION FOR SUMMARY JUDGMENT

      This matter is before the Court on Defendant Pacific Maritime Association's Stipulated Motion for Leave to File Overlength Motion for Summary Judgment. Dkt. #75. Defendant seeks to file a 30-page motion for summary judgment (six additional pages) addressing the "industry's complex labor practices and [Defendant's] role in them; claims reaching back to 2009; and multiple defenses to support and brief." Dkt. #75.

      Defendant acknowledges that motions for over-length briefs are disfavored under the Local Civil Rules: "Motions seeking approval to file an over-length motion or brief are disfavored but may be filed subject to the following [procedural requirements]." LCR 7(f). Defendant has complied with the procedural requirements and indicates that no represented party opposes the motion.[1] The parties cannot agree to enlarge the Court's well-reasoned page limits

---

[1] Not opposing, of course, is different than stipulating to the Motion. The Court notes that no other party has signed—or authorized signature of—the Motion. Dkt. #75.

ORDER – 1

and the Court sees no compelling reason to do so here. Plaintiff's Motion and its general justifications do not demonstrate that the issues cannot be addressed in 24 pages and the page limit plays an important role in focusing the facts and the arguments to the most relevant issues.

Accordingly, having reviewed Defendant's Motion and the remainder of the record, the Court hereby finds and ORDERS that Defendant's Stipulated Motion for Leave to File Overlength Motion for Summary Judgment is DENIED.

DATED this 14 day of August, 2018.

RICARDO S. MARTINEZ
CHIEF UNITED STATES DISTRICT JUDGE

ORDER – 2