# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

ABIN'BOLA NELLAMS,

        Plaintiff,

  v.

PACIFIC MARITIME ASSOCIATION, *et al.*,

        Defendants.

CASE NO. C17-911 RSM

MINUTE ORDER

The following MINUTE ORDER is made by direction of the Court, the Honorable Ricardo S. Martinez, Chief United States District Judge:

On August 31, 2018, Plaintiff filed a Stipulated Motion and Order for Dismissal of Pacific Maritime Association as a Party to the Action. Dkt. #84.[1] However, the "stipulated motion" is not signed by Defendant Faron Fletcher. The Court therefore DENIES the Stipulated Motion.

The parties may either (1) file a stipulated dismissal signed by all parties, (2) a stipulated motion signed by all parties, or (3) a party may move for an order of dismissal, noting the motion in accordance with Local Civil Rule 7(d)(3).

//

---

[1] Plaintiff noted the Stipulated Motion for September 5, 2018. The Stipulated Motion should have been noted for August 31, 2018. *See* LCR 7(d)(1) ("Stipulated motions . . . shall be noted for consideration for the day they are filed.").

MINUTE ORDER – 1

DATED this 6th day of September 2018.

RICARDO S. MARTINEZ
CHIEF UNITED STATES DISTRICT JUDGE

MINUTE ORDER – 2