UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| ABIN'BOLA NELLAMS,<br><br>　　　　　　Plaintiff,<br><br>　　v.<br><br>PACIFIC MARITIME ASSOCIATION, a California Non-Profit Corporation; SSA MARINE, INC., a Washington Corporation; TOTAL TERMINALS INTERNATIONAL LLC, a Delaware Limited Liability Company; INTERNATIONAL LONGSHOREMEN'S & WARE-HOUSEMEN'S UNION, LOCAL 19, a Washington Non-Profit Corporation; FARON FLETCHER, individually and in his official capacity as terminal supervisor for SSA Marine, Inc.,<br><br>　　　　　　Defendants. | CASE NO. C17-911 RSM<br><br>AMENDED JOINT MOTION AND ORDER FOR DISMISSAL OF PACIFIC MARITIME ASSOCIATION |

Plaintiff Abin'Bola Nellams and Defendant Pacific Maritime Association, by and through counsel, hereby move for a voluntary dismissal with prejudice of all claims and causes of action alleged by Plaintiff, and all claims and causes of action that could have been alleged by Plaintiff, against Defendant Pacific Maritime Association in the above-entitled action, with each party bearing its own fees and costs.

DATED this 13th day of September, 2018.　　　DATED this 13th day of September, 2018.

AMENDED JOINT MOTION AND ORDER FOR DISMISSAL
OF PACIFIC MARITIME ASSOCIATION

1

**Henderson Law Group, PLLC**
P.O. Box 11069
1800 Cooper Point Road S.W., Bldg. 1
Olympia, Washington 98508
Phone (360) 943-7710　Fax (360) 943-2782

| For Plaintiff | For Defendant |
|---|---|
| /s/*Michael W. Johns*<br>Michael W. Johns, WSBA No. 22054<br>Roberts Johns & Hemphill, PLLC<br>7525 Pioneer Way, Suite 202<br>Gig Harbor, WA 98335<br>Tel.: 253-858-8606<br>Fax: 253-858-8646<br>mike@rjh-legal.com<br><br>/s/*Stephanie Stocker*<br>Stephanie Stocker, WSBA No. 33567<br>Henderson Law Group, PLLC<br>P.O. Box 11069<br>1800 Cooper Pt. Rd. SW, Bldg 1<br>Olympia, WA 98508<br>Tel.: 360.943.7710<br>Fax: 360.943.2782<br>stephanie@hendersonlaw.net | /s/ *Clemens H. Barnes*<br>Clemens H. Barnes, WSBA No. 4905<br>Kellen A. Hade, WSBA No. 44535<br>Alyson L. Palmer, WSBA No. 46916<br>Miller Nash Graham & Dunn, LLP<br>2801 Alaskan Way, Ste. 300, Pier 70<br>Seattle, WA 98121-1128<br>Tel.: 206-624-8300<br>Attorneys for Pacific Maritime Assoc. and SSA Marine, Inc.<br>clem.barnes@millernash.com<br>kellen.hade@millernash.com<br>alyson.palmer@millernash.com |

## ORDER

IT IS SO ORDERED this 12th day of October 2018.

*[signature]*

RICARDO S. MARTINEZ
CHIEF UNITED STATES DISTRICT JUDGE

2
AMENDED JOINT MOTION AND ORDER FOR DISMISSAL
OF PACIFIC MARITIME ASSOCIATION

**Henderson Law Group, PLLC**
P.O. Box 11069
1800 Cooper Point Road S.W., Bldg. 1
Olympia, Washington 98508
Phone (360) 943-7710   Fax (360) 943-2782